**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DYSON TECHNOLOGY LIMITED,

        Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

        Defendants.

Case No. 25-cv-00823

**Judge Mary M. Rowland**

**Magistrate Judge Jeffrey Cole**

**PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER [32],
OR IN THE ALTERNATIVE, COMPEL DEFENDANT TO OBTAIN U.S. COUNSEL**

Plaintiff Dyson Technology Limited ("Plaintiff") hereby moves this Honorable Court to strike Defendant BEAUTI US' (Defendant No. 4) ("Defendant") Answer [32] to the Complaint (the "Answer"), or in the alternative, to compel Defendant to obtain U.S. counsel.

The Answer [32] was filed *pro se* by Li Xinchen, who claims to be the "manager" of Defendant's online store. [32] at p. 1. However, Defendant's online marketplace, hosted by Walmart Inc., shows that Defendant is a registered business with a "business name" that is not Li Xinchen and displays additional business information. *See* Figure 1. Defendant's Answer [32] also refers to "we" throughout, indicating that Defendant is an entity that employs multiple individuals. *See* [32] at p. 1 ("we solemnly present the following defense").



*Figure 1*

Based on the above, Defendant is a business entity. Therefore, it is "not permitted to litigate in a federal court unless [it is] represented by a lawyer licensed to practice in that court." *United States v. Hagerman,* 545 F.3d 579, 581 (7th Cir. 2008) (citations omitted). Even if Li Xinchen is the manager of this entity as alleged in the Answer [32], Defendant still needs to be represented by counsel licensed to practice before this Court. *United States v. Certain Real Property,* 381 F. Supp. 3d 1007, 1009 (E.D. Wisc. 2018) (granting motion to strike claim filed by an authorized representative of a corporation because it is not a proper pleading filed by an attorney of record

for a party"); *CamelBak Products, LLC v. The P'ships, et al.*, 20-cv-01542 (N.D. Ill. Aug. 31, 2020) (Docket No. 35) (striking motion filed by a person that had "not entered an appearance and is neither a member of the general bar of this court nor has sought admittance pro hac vice, as required by Local Rule 83.12"). Accordingly, Plaintiff respectfully requests that this Court strike Defendant's Answer [32] or in the alternative, compel Defendant to obtain U.S. counsel, because this entity is not properly represented by an attorney of record. Permitting an organized business entity to proceed as a *pro se* defendant without the assistance of counsel burdens the Court and would prejudice Plaintiff.

For the above reasons, Plaintiff respectfully requests that this Court strike Defendant's Answer [32], or in the alternative, compel Defendant to obtain U.S. counsel.

Dated this 3rd day of April 2025.     Respectfully submitted,

/s/ Andrew D. Burnham
Lawrence J. Crain
Justin R. Gaudio
Justin T. Joseph
Andrew D. Burnham
Greer, Burns & Crain, Ltd.
200 W. Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
lcrain@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
aburnham@gbc.law

*Counsel for Plaintiff Dyson Technology Limited*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 3rd day of April 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail address provided by Defendant in the Answer [32] and identified below:

Email: chizkk626@163.com

/s/ Andrew D. Burnham
Lawrence J. Crain
Justin R. Gaudio
Justin T. Joseph
Andrew D. Burnham
Greer, Burns & Crain, Ltd.
200 W. Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
lcrain@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
aburnham@gbc.law

*Counsel for Plaintiff Dyson Technology Limited*