IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED,<br><br>               Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>               Defendants. | Case No. 25-cv-00823<br><br>**Judge Mary M. Rowland**<br><br>**Magistrate Judge Jeffrey Cole** |

## STATUS REPORT

Pursuant to this Court's Orders [31] and [42], Plaintiff Dyson Technology Limited ("Plaintiff" or "Dyson") submits the following status report.

Plaintiff's Motion for Entry of a Preliminary Injunction [27] is pending, and no Defendant has filed a response to Plaintiff's Motion for Entry of a Preliminary Injunction [27]. The Court's deadline for Defendants to respond to Plaintiff's Motion for Entry of a Preliminary Injunction [27] passed on April 11, 2024. *See* [31].

Defendant BEAUTI US (Defendant No. 4) filed an Answer [32] to the Complaint, and a briefing schedule has been entered for Plaintiff's Motion to Strike [33] Defendant BEAUTI US' Answer. *See* [34].

Defendants BAIQIHUI Co. Ltd (Def. No. 3), PEIYA Co. Ltd. (Def. No. 32), and ZUJUN Co. Ltd (Def. No. 50) filed Answers [35], [36], [37] to the Complaint on April 11, 2025. Finally, Defendant Weearn (Def. No. 42) has an extended deadline of May 2, 2025 to answer or otherwise respond to the Complaint, and Defendants Kmzou (Defendant No. 23), MAxeyywo (Defendant No. 27) and Neyseki (Defendant No. 31) have an extended deadline of May 12, 2025

to answer of otherwise respond to the Complaint. *See* [40], [42]. For all remaining Defendants, the deadline to answer or otherwise plead passed on April 11, 2025. *See* [30].

Plaintiff is in active settlement negotiations with several Defendants and does not request a settlement conference at this time. Plaintiff anticipates that it will move for entry of Default and Default Judgment against the Defendants who have not answered or otherwise responded to the Complaint shortly after certain settlement negotiations have concluded.

Dated this 18th day of April 2025.	Respectfully submitted,

/s/ Justin T. Joseph
Lawrence J. Crain
Justin R. Gaudio
Justin T. Joseph
Andrew D. Burnham
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
lcrain@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
aburnham@gbc.law

*Counsel for Plaintiff Dyson Technology Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of April 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in **Exhibit A** hereto that includes a link to said website.

/s/ Justin T. Joseph
Lawrence J. Crain
Justin R. Gaudio
Justin T. Joseph
Andrew D. Burnham
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
lcrain@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
aburnham@gbc.law

*Counsel for Plaintiff Dyson Technology Limited*