**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**


Dyson Technology Limited

                                                          Plaintiff,

v.                                                                          Case No.:
                                                                            1:25−cv−00823

                                                                            Honorable Mary M.
                                                                            Rowland

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                          Defendant.

_____


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, May 1, 2025:


        MINUTE entry before the Honorable Mary M. Rowland: The court has reviewed
the status report [43]. Without any objection having been filed, Plaintiff' motion for
preliminary injunction [27] is granted. Enter Preliminary Injunction Order. The Clerk is
directed to unseal any previously sealed documents in this matter. Plaintiff is ordered to
add all Defendant names listed in the Schedule A to the docket within three business days.
Instructions can be found on the court's website located at
https://www.ilnd.uscourts.gov/_assets/_documents/_
forms/_cmecf/pdfs/v60/Add_Terminate_Instructions.p df. In addition, is a link to video
instructions for Plaintiff to view on how to Add Terminate Party
https://www.ilnd.uscourts.gov/Videos.aspx?folder=_ cmecf&play=Add_Terminate.mp4.;
Mailed notice. (kp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.