IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED,<br><br>       Plaintiff,<br><br>v.<br><br>3MELIFE, et al.,<br><br>       Defendants. | Case No. 25-cv-00823<br><br>**Judge Mary M. Rowland**<br><br>**Magistrate Judge Jeffrey Cole** |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER [51],
OR IN THE ALTERNATIVE, COMPEL DEFENDANT TO OBTAIN U.S. COUNSEL**

Plaintiff Dyson Technology Limited ("Plaintiff") hereby moves this Honorable Court to strike Defendant Weearn's (Defendant No. 42) ("Defendant") Answer to the Complaint [51] (the "Answer"), or in the alternative, to compel Defendant to obtain U.S. counsel.

The Answer [51] was impermissibly filed *pro se* by "Weearn." [51] at p. 2. The Answer [51] was not filed by an individual representative of the business, but was instead signed by the entity "Weearn" itself. Moreover, Defendant's online marketplace, hosted by Walmart Inc., shows that Defendant is a registered business with a "business name" that is not Weearn and displays additional business information. *See* Figure 1.

1



*Figure 1*

Defendant has also previously indicated that "Weearn's business" is being disrupted by the preliminary injunction. [45] at p. 2.

Based on the above, Defendant is a business entity. Therefore, it is "not permitted to litigate in a federal court unless [it is] represented by a lawyer licensed to practice in that court." *United States v. Hagerman,* 545 F.3d 579, 581 (7th Cir. 2008) (citations omitted). Even if the individual who filed the Answer [51] revealed their identity as a representative of Weearn, Defendant still needs to be represented by counsel licensed to practice before this Court. *United States v. Certain Real Property,* 381 F. Supp. 3d 1007, 1009 (E.D. Wisc. 2018) (granting motion to strike claim filed by an authorized representative of a corporation because it is not a proper pleading filed by an attorney of record for a party"). Accordingly, Plaintiff respectfully requests that this Court strike Defendant's Answer [51] or in the alternative, compel Defendant to obtain U.S. counsel, because this entity is not properly represented by an attorney of record. Permitting an organized business

entity to proceed as a *pro se* defendant without the assistance of counsel burdens the Court and would prejudice Plaintiff.

Furthermore, at the end of April and in May 2025, Plaintiff's counsel was contacted by an attorney named Stanley Yeo on behalf of Defendant. This counsel may be the actual filer of the Answer [51], but did not file an appearance, is not a member of the general bar of this Court, and has not sought admittance *pro hac vice*, as required by Local Rule 83.12. *Wham-O Holding, Ltd., et al. v. The Partnerships, et al.,* No. 20-cv-03761 (N.D. Ill. Oct. 16, 2020) (Docket No. 61) (Shah, J.) (granting motion to strike document because it "is not a proper pleading filed by an attorney of record for a party"); *CamelBak Products, LLC v. The Partnerships, et al.,* 20-cv-01542 (N.D. Ill. Aug. 31, 2020) (Docket No. 35) (Guzman, J.) (striking motion filed by a person that had "not entered an appearance and is neither a member of the general bar of this court nor has sought admittance pro hac vice, as required by Local Rule 83.12").

For the above reasons, Plaintiff respectfully requests that this Court strike Defendant's Answer [51], or in the alternative, compel Defendant to obtain U.S. counsel.

Dated this 12th day of May 2025.    Respectfully submitted,

/s/ Justin T. Joseph
Lawrence J. Crain
Justin R. Gaudio
Justin T. Joseph
Andrew D. Burnham
Greer, Burns & Crain, Ltd.
200 W. Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
lcrain@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
aburnham@gbc.law

*Counsel for Plaintiff Dyson Technology Limited*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of May 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail address provided by Defendant in the Answer [51] and identified below:

Email: 513508417@qq.com

/s/ Justin T. Joseph
Lawrence J. Crain
Justin R. Gaudio
Justin T. Joseph
Andrew D. Burnham
Greer, Burns & Crain, Ltd.
200 W. Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
lcrain@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
aburnham@gbc.law

*Counsel for Plaintiff Dyson Technology Limited*