# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Dyson Technology Limited

                Plaintiff,

v.

                Case No.: 1:25−cv−00823

                Honorable Mary M. Rowland

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2025:

    MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has moved to strike the answer or require defendant to secure counsel [33] as to defendant BEAUTI US [32]. The Court set briefing. [34]. BEAUTI US (Defendant 4) responds that it is a one−person limited liability company and that person answering is the sole shareholder and knows best how to respond. [50]. That makes good sense. Unfortunately, in U.S. Courts, corporations and LLCs must be represented by counsel. BEAUTI USs Answer [32] is stricken from the record. Defendant 4 is given until 6/9/25 to secure counsel and respond to the complaint. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.