[If you need additional space for ANY section, please attach an additional sheet and reference that section]



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Plaintiff | ) | **Case Number**: |
| v. | ) | **Judge**: |
|  | ) | **Magistrate Judge**: |
| Defendant | ) |  |

Dear Judge Mary M. Rowland:

   I am the managing member of Defendant Weearn(No:;42), which is currently unrepresented in this matter. I am actively seeking legal counsel to assist with this case.

   In the meantime, I respectfully request that the Court consider referring this case to Early Neutral Evaluation (ENE) under the Court's Alternative Dispute Resolution (ADR) program. I believe ENE may help clarify the issues in dispute and potentially facilitate a resolution without the need for further litigation.

   At present, I am subject to a preliminary injunction and am acting in good faith to explore non-litigation options, including settlement or narrowing of the disputed issues. In support of this request, I state the following:

1. This case involves an alleged infringement of design patents. The Defendant's product (a [Dyson-style hair curler]) is alleged to infringe Dyson's patented designs: U.S. Patent No. D853,642 and U.S. Patent No. D852,415.

2. The parties have exchanged preliminary information and engaged in informal discussions regarding their respective positions. However, the dispute has not been resolved. Regarding potential damages in the event of liability, I respectfully refer the Court to a comparable case involving the same patents: Case No. 2024-cv-06170.

3. In the interest of judicial efficiency and minimizing litigation costs—particularly given the low amount in controversy (total sales of $4,349.99 and a net loss of $78.74)—I believe that ENE could help both parties clarify their positions and possibly narrow or resolve the dispute.

4. I respectfully request that the Court appoint a neutral evaluator with experience in design patent litigation, preferably someone familiar with the standard established in *Egyptian Goddess, Inc. v. Swisa, Inc.*, 543 F.3d 665 (Fed. Cir. 2008).

5. As a pro se defendant with limited resources, I am unable to retain a private evaluator. Therefore, the appointment of a court-approved neutral evaluator would greatly improve the accessibility and cost-effectiveness of the ENE process.

6. I am available to participate in the ENE process within the next 30 days or at a time convenient to the Court and the designated evaluator.

  I appreciate the Court's time and consideration, and I am fully prepared to cooperate in the Early Neutral Evaluation process.

Respectfully submitted,

*Weearn*

513508417@qq.com

Date: June 2th, 2025

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]